1  Patrick C. Kerwin (SBN 129886)
   Kerwin, Kerwin & Gammill, LLP
2  968 Woodside Road
   P.O. Box 610148
3  Redwood City, CA 94061

4  Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>    vs.<br>CNC APEX CORPORATION dba FOSTERS FREEZE AND DUBU, INC.,<br><br>        Defendant | Case No.: 1:10-CV-01687-LJO-DLB<br><br>STIPULATION AND ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants CNC APEX Corporation and Dubu Inc., through their attorneys of record, that the Settlement Conference currently on calendar for February 28, 2011 at 10:00 a.m. in Courtroom 9 be continued to July 26, 2011 at 1:00 p.m. in Courtroom 9 of the above entitled Court.

                            MOORE LAW FIRM, P.C.

Dated: February 15, 2011       /s/ Tanya E. Moore
                                    Tanya E. Moore
                                    Attorney for Plaintiff Ronald Moore

STIPULATION AND ORDER - 1

                                              KERWIN, KERWIN & GAMMILL, LLP

Dated: February 15, 2011        /s/ Patrick C. Kerwin
                                              Patrick C. Kerwin
                                              Attorney for Defendant
                                              Dubu, Inc.

                                              SWANSON & O'DELL

Dated: February 15, 2011        /s/ Seth O'Dell
                                              Seth O'Dell
                                              Attorney for Defendant
                                              CNC APEX Corporation

                                                    **ORDER**

    The parties having so stipulated,

    **IT IS HEREBY ORDERED** that the Settlement Conference currently set for February 28, 2011 at 10:00 a.m. be continued to July 26, 2011 at 1:00 p.m. in Courtroom 9.

IT IS SO ORDERED.

   Dated:  **February 16, 2011**                  /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE