1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:10-CV-01687-LJO-DLB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE |
| vs. | |
| CNC APEX CORPORATION dba FOSTERS FREEZE AND DUBU, INC, | Current Date: July 26, 2011
New Date: August 30, 2011 |
| Defendants. | |

WHEREAS, counsel for Plaintiff Ronald Moore will be unavailable from July 7, 2011 through August 3, 2011, and is therefore unable to appear at the scheduled July 26, 2011 settlement conference;

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants CNC APEX Corporation and Dubu Inc., through their attorneys of record, that the Settlement Conference currently on calendar for July 26, 2011 be continued to August 30, 2011 at 1:00 p.m. in Courtroom 9 of the above entitled Court.

Dated: June 22, 2011                           MOORE LAW FIRM, P.C.


                                               /s/ Tanya E. Moore
                                               Tanya E. Moore
                                               Attorneys for Plaintiff Ronald Moore

*Moore v. CNC Apex Corp., et al.*
Stipulation and Order to Continue Settlement Conference

Page 1

Dated: June 22, 2011     KERWIN, KERWIN & GAMMILL, LLP


/s/ Patrick C. Kerwin
Patrick C. Kerwin
Attorneys for Defendant
Dubu, Inc.

Dated: June 22, 2011     SWANSON & O'DELL


/s/ Jeremy D. Swanson
Jeremy D. Swanson
Attorneys for Defendant
CNC APEX Corporation

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** that the Settlement Conference currently set for July 26, 2011 be continued to August 30, 2011 at 1:00 p.m. in courtroom 9 before the Honorable Dennis L. Beck.


IT IS SO ORDERED.

Dated: **June 23, 2011**     /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

*Moore v. CNC Apex Corp., et al.*
Stipulation and Order to Continue Settlement Conference