K. Randolph Moore, Esq., SBN 106933
Tanya E. Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>                  Plaintiff,<br><br>        vs.<br><br>CNC APEX CORPORATION dba FOSTERS FREEZE, et al.,<br><br>                  Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS.<br>_____ | No.  1:10 CV 01687 LJO DLB<br><br>**STIPULATION TO EXTEND DATES SET IN SCHEDULING ORDER; ORDER**<br><br>Complaint Filed:       September 15, 2010<br>Current Trial Date:  January 9, 2012 |

Plaintiff Ronald Moore ("Plaintiff"); Defendant, Cross-Claimant and Cross-Defendant CNC Apex Corporation dba Fosters Freeze; Cross-Defendants and Cross-Claimants Un Kyong and Eddie Chong; and Defendant, Cross-Claimant and Cross-Defendant Dubu, Inc. (Plaintiff, Defendants, Cross-Claimants and Cross-Defendants collectively referred to herein as the "Parties"), through their attorneys of record, hereby stipulate and agree as follows:

**WHEREAS**, the Parties have been diligently undertaking to complete discovery, having taken depositions, exchanged written discovery, and conducted a site inspection with their experts;

1 **WHEREAS**, the settlement conference in this matter was continued to accommodate Plaintiff's counsel's unavailability which settlement conference is now currently set one day prior to the dispositive motion deadline;

**WHEREAS**, the Parties desire to explore settlement prior to incurring the attorney fees which would result from the preparation of the dispositive motions;

**WHEREAS**, the expert witness discovery cut-off is the same date as the dispositive motion filing deadline which does not afford the Parties proper time to receive, review, and properly incorporate the expert witness discovery into a dispositive motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and among the Parties, through their undersigned counsel, that the following deadlines be continued from the dates currently scheduled to dates on or near the dates proposed below:

|  | Current Date | Proposed Date |
|---|---|---|
| Disclose Experts | July 15, 2011 | August 1, 2011 |
| Disclose Supplemental Experts | None | August 19, 2011 |
| Expert Cut-Off | August 31, 2011 | September 23, 2011 |
| Non-Dispositive Motion Filing | August 31, 2011 | Unchanged |
| Non-Dispositive Motion Hearing | September 30, 2011 | Unchanged |
| Dispositive Motion Filing | August 31, 2011 | November 4, 2011 |
| Dispositive Motion Hearing | October 12, 2011 | December 9, 2011 |
| Settlement Conference | August 30, 2011 | Unchanged |
| Pre-trial Conference | November 16, 2011 | February 20, 2012 |
| Trial | January 9, 2012 | March 13, 2012 |

Dated:  July 14, 2011                                      MOORE LAW FIRM, P.C.


/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Ronald Moore

*Moore v. CNC Apex Corporation, et al.*
Stipulation to Extend Dates; [Proposed] Order

KERWIN, KERWIN & GAMMILL, LLP

<u>/s/ Patrick C. Kerwin</u>
Patrick C. Kerwin, Attorneys for Defendant, Cross-Claimant and Cross-Defendant Dubu, Inc.

SWANSON & O'DELL

<u>/s/ Jeremy D. Swanson</u>
Jeremy D. Swanson, Attorneys for Defendant, Cross-Claimants and Cross-Defendants CNC Apex Corporation, Un Kyong and Eddie Chong

### **ORDER**

The Parties stipulation fails to set forth good cause for modification of the dates set in this Court's Scheduling Order and the request is DENIED.

IT IS SO ORDERED.

Dated:   **July 14, 2011**                         /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE

*Moore v. CNC Apex Corporation, et al.*
Stipulation to Extend Dates; [Proposed] Order