1  K. Randolph Moore, Esq., SBN 106933
   Tanya E. Moore, Esq. SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile  (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 | RONALD MOORE, | ) No.  1:10 CV 01687 LJO DLB
12 |      Plaintiff, | ) **STIPULATION TO EXTEND DATES SET IN SCHEDULING ORDER; ORDER**
13 |      vs. | )
14 | CNC APEX CORPORATION dba FOSTERS FREEZE, et al., | ) Complaint Filed:    September 15, 2010
15 | |
16 |      Defendants. | )
17 | ——————————————— | )
18 | AND RELATED CROSS-ACTIONS. | )
19

20      Plaintiff Ronald Moore ("Plaintiff"); Defendant, Cross-Claimant and Cross-
21 Defendant CNC Apex Corporation dba Fosters Freeze; Cross-Defendants and Cross-
22 Claimants Un Kyong and Eddie Chong; and Defendant, Cross-Claimant and Cross-
23 Defendant Dubu, Inc. (Plaintiff, Defendants, Cross-Claimants and Cross-Defendants
24 collectively referred to herein as the "Parties"), through their attorneys of record, hereby
25 stipulate and agree as follows:

26      **WHEREAS**, the Parties have been diligently undertaking to complete discovery,
27 having taken depositions, exchanged written discovery, and conducted a site inspection with
28 their experts;

*Moore v. CNC Apex Corporation, et al.*
Stipulation to Extend Dates; [Proposed] Order

1   **WHEREAS**, the settlement conference in this matter was continued to accommodate Plaintiff's counsel's unavailability which settlement conference is now currently set one day prior to the dispositive motion deadline;

4   **WHEREAS**, the Parties desire to explore settlement prior to incurring the attorney fees which would result from the preparation of the dispositive motions;

6   **WHEREAS**, the expert witness discovery cut-off is the same date as the dispositive motion filing deadline which does not afford the Parties proper time to receive, review, and properly incorporate the expert witness discovery into a dispositive motion;

9   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and among the Parties, through their undersigned counsel, that the following deadlines be continued from the dates currently scheduled to dates on or near the dates proposed below:

|  | Current Date | Proposed Date |
|---|---|---|
| Disclose Experts | July 15, 2011 | August 1, 2011 |
| Disclose Supplemental Experts | None | August 19, 2011 |
| Expert Cut-Off | August 31, 2011 | Unchanged |
| Non-Dispositive Motion Filing | August 31, 2011 | Unchanged |
| Non-Dispositive Motion Hearing | September 30, 2011 | Unchanged |
| Dispositive Motion Filing | August 31, 2011 | September 30, 2011 |
| Dispositive Motion Hearing | October 12, 2011 | November 7, 2011 |
| Settlement Conference | August 30, 2011 | Unchanged |
| Pre-trial Conference | November 16, 2011 | Unchanged |
| Trial | January 9, 2012 | Unchanged |

Dated:  July 15, 2011                            MOORE LAW FIRM, P.C.


                                                 /s/ Tanya E. Moore
                                                 Tanya E. Moore
                                                 Attorneys for Plaintiff Ronald Moore

*Moore v. CNC Apex Corporation, et al.*
Stipulation to Extend Dates; [Proposed] Order

|  |  |
|---|---|
|  | KERWIN, KERWIN & GAMMILL, LLP |
|  | /s/ Patrick C. Kerwin<br>Patrick C. Kerwin, Attorneys for Defendant, Cross-Claimant and Cross-Defendant Dubu, Inc. |
|  | SWANSON & O'DELL |
|  | /s/ Jeremy D. Swanson<br>Jeremy D. Swanson, Attorneys for Defendant, Cross-Claimants and Cross-Defendants CNC Apex Corporation, Un Kyong and Eddie Chong |

## **ORDER**

The Parties having so stipulated, and good cause appearing therefor, it is hereby ordered as follows:

1. Expert witnesses shall be disclosed on or before August 1, 2011;
2. Supplemental expert witnesses shall be disclosed on or before August 19, 2011;
3. The expert discovery cut-off date is August 31, 2011;
4. The deadline for filing non-dispositive motions remains August 31, 2011;
5. The hearing on non-dispositive motions remains September 30, 2011;
6. The deadline for filing dispositive motions is September 30, 2011;
7. The hearing date on dispositive motions is November 7, 2011;
8. The settlement conference remains set for August 30, 2011;
9. The pre-trial conference remains set for November 16, 2011;
10. The jury trial remains set for January 9, 2012 and lasting 3-4 days.
11. 

IT IS SO ORDERED.

Dated:   **July 15, 2011**                               /s/ *Dennis L. Beck*
                                                         UNITED STATES MAGISTRATE JUDGE

13.
14.

*Moore v. CNC Apex Corporation, et al.*
Stipulation to Extend Dates; [Proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Moore v. CNC Apex Corporation, et al.*
Stipulation to Extend Dates; [Proposed] Order