1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Ronald Moore
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 | RONALD MOORE,                                    ) No. 1:10-CV-01687-LJO-SLB
   |                                                  )
12 |            Plaintiff,                            ) **STIPULATION FOR DISMISSAL OF**
   |                                                  ) **ACTION; ORDER**
13 |       vs.                                        )
   |                                                  )
14 | CNC APEX CORPORATION dba FOSTERS                 )
   | FREEZE, and DUBU, INC.,                          )
15 |                                                  )
   |                                                  )
16 |            Defendants.                           )
   |                                                  )
17 | _____           )
   |                                                  )
18 | AND RELATED CROSS-ACTIONS.                       )
   |                                                  )
19 | _____           )

20        IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant,

21 Cross-Claimant and Cross-Defendant CNC Apex Corporation dba Fosters Freeze, Defendant,

22 Cross-Claimant and Cross-Defendant Dubu, Inc., and Cross-Defendants and Cross-Claimants

23 Un Kyong and Eddie Chong, the parties to this action, by and through their respective counsel,

24 /

25 /

26 /

27 /

28 /

*Moore v. CNC Apex Corporation, et al.*
Stipulation for Dismissal; Order

1  that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be
2  dismissed with prejudice in its entirety.

3  Date: October 3, 2011                              MOORE LAW FIRM, P.C.

5                                                    /s/ Tanya E. Moore
                                                     Tanya E. Moore
6                                                    Attorneys for Ronald Moore

7  Date: October 3, 2011                              SWANSON & O'DELL

10                                                   /s/ Jeremy D. Swanson
                                                     Jeremy D. Swanson, Attorneys for
11                                                   CNC Apex Corporation dba
                                                     Fosters Freeze, Un Kyong, and Eddie
12                                                   Chong

13 Dated:  October 3, 2011                            KERWIN, KERWIN & GAMMILL, LLP

16                                                   /s/ Patrick C. Kerwin
                                                     Patrick C. Kerwin, Attorneys for
17                                                   Dubu, Inc.

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **October 3, 2011**               /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

*Moore v. CNC Apex Corporation, et al.*
Stipulation for Dismissal; Order